IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) CIVIL ACTION NO. 2:03CV1050-MHT |
| | ) [WO] |
| GARY CARNELL SHARP | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time to file objections to the Recommendation of the Magistrate Judge filed by movant Gary Carnell Sharp on 25 May 2006 (Doc. # 65),[1] and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Sharp be and is hereby GRANTED an extension from 26 May 2006 to and including 26 June 2006 to file his objections to the Recommendation entered on 12 May 2006.

Done this 1st day of June 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Although Sharp's motion was stamped "received" in this court on 31 May 2006, under the "mailbox rule," the court deems his motion filed on the date he delivered it to prison authorities for mailing, presumptively, 25 May 2006, the day that he signed it. *See Houston v. Lack*, 487 U.S. 266, 271-72 (1988); *Washington v. United States*, 243 F.3d 1299, 1301 (11th Cir. 2001).